AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central __ District of __ Illinois

| | |
|---|---|
| Stephen Bailey | ) |
| *Petitioner* | ) |
| v. | ) |
| Tyrone Baker, Warden | ) |
| *Respondent* | ) |

Civil Action No.    1:24-cv-01365-JEH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:  It is Ordered and Adjudged that Petitioner Stephen Bailey's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C.
Section 2254 is DENIED. The Court DECLINES to issue a certificate of appealability.
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☒ decided by Judge    Jonathan E Hawley _____ on a Petition for   Writ of Habeas
Corpus
_____ .

Date: _____10/06/2025_____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*